**Order filed June 17, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00420-CV
_____

**DR. HANI HANNA, Appellant**

**V.**

**LOCUMTENENS.COM LLC D/B/A LT MEDICAL LLC, Appellee**

On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1107602

## O R D E R

The clerk's record was filed June 29, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Notice of Intent to Dismiss entered on December 18, 2019.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 27, 2022**, containing the Notice of Intent to Dismiss entered on December 18, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.